BROADWAR CORPORATION, Respondent, v. HALLPARK REALTY, INC., Appellant. 251 BROADWAY CORPORATION, Respondent, v. HALLPARK REALTY, INC., Appellant, and BROADWAR CORPORATION, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

ISIDORE H. BERNHARD, Respondent, v. PLAYTOWN PRODUCTS, INC., et al., Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

MARCELLE JULIEN, INC., Appellant, v. RALPH HYMAN, INC., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

STANLEY M. ROSE, Appellant, v. BASIL HANIOTIS, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

PARAMOUNT COSMETICS, INC., et al., Respondents, v. NICHOLAS A. STAVROUDIS, Appellant.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

HAGAN CORPORATION, Appellant, v. MEDICAL SOCIETY OF THE COUNTY OF NEW YORK et al., Respondents.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLORIA GOODE, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

RALPH FRENCH, Respondent, v. LOUIS CAPUTO, as President of District Council No. 9, Brotherhood of Painters, Decorators and Paperhangers for the Boroughs of Manhattan and The Bronx, et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.